**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos FLORES, Defendant–Appellant.**

**No. 05–50531**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Carlos Flores, Oakdale, LA, pro se.

Kimberly S. Keller, The Keller Group, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Carlos Flores has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores received a copy of counsel's motion but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accord-

---

**414**

ingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.